```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JILL WOOLEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>JILL WOOLEY,<br><br>    *Defendant*. | No. 1:06 MJ 00218 LJO<br><br>STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON<br><br>Judge: Honorable Dennis L. Beck |

    On September 5, 2006, defendant Wolley was released on conditions of pretrial supervision, by the honorable Dennis L. Beck, in the Eastern District of California.  She appeared locally on an out of district warrant and was directed to appear for future proceedings in the Western District of Wisconsin, in case No. 06-CR-171-C.  However, the parties have since determined that proceeding pursuant to Rule 20, Fed.R.Crim.Pro, is appropriate and it is anticipated that this matter will be transferred to the Eastern District of California in the near future.

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Karen A. Escobar, Assistant United States Attorney, counsel for Plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Jill Wooley /// may be modified as follows:

    1) You shall reside at and participate in a residential substance abuse treatment program as approved by the Pretrial Services Officer

2) All the other conditions of release set by the court at the hearing on September 6, 2006, are to remain in full force and effect.

DATED: October 4, 2006          MCGREGOR W. SCOTT
                                United States Attorney


                                 /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant United States Attorney
                                Attorneys for Plaintiff



DATED: October 4, 2006          DANIEL J. BRODERICK
                                Federal Public Defender


                                 /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Jill Wolley


# O R D E R

IT IS SO ORDERED.

   Dated:   October 4, 2006              /s/ Dennis L. Beck
3b142a                                UNITED STATES MAGISTRATE JUDGE

Stipulation to Modify Conditions of Pretrial Release