1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

FILED

FEB 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6         IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    )   CR. F. NO. 06-0398 AWI
                                  )
12 |         Plaintiff,            )   ORDER
                                  )
13 |     v.                       )
                                  )   
14 | JILL WOOLLEY,                 )
                                  )
15 |         Defendant.            )
                                  )
16 | _____    )

18    Having considered the government's application to unseal the
19 file the above-captioned proceeding,
20    IT IS HEREBY ORDERED that the file in this matter shall be
21 UNSEALED.
22 Dated: February 12, 2007

                                       _____
                                       ANTHONY W. ISHII
23                                     U.S. District Judge