UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA


FILED
JUL 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Jill Wooley

Docket No. 1:06-CR-~~00213-DJO~~
398-AWI

COMES NOW <u>Dan Stark</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Jill Wooley</u>, who was placed on bond by the Honorable <u>Dennis L. Beck</u>, sitting in the Court at <u>Fresno, California</u>, on the <u>6th</u> day of <u>September 2006</u>, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Attempted Distribution of Methamphetamine

**BOND CONDITIONS:** <u>Please see attached</u>.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 19, 2007, a sweat testing patch was placed on the defendant. The patch was received for laboratory analysis on July 10, 2007, and was determined to be positive for use of methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** that the Court will order the matter placed on calendar at 1:30 p.m. on July 27, 2007, and that Pretrial Services contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2007.

Respectfully submitted,

_____
Pretrial Services Officer
DATE: July 26, 2007

**ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on __27 July 2007__, at __1:30__ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this __26__ day of __July__, 2007, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JILLWOOLEY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. 1:06 MJ 00218 LJO
                                  )
12 |           Plaintiff,          )
                                  )   STIPULATION TO MODIFY DEFENDANT'S
13 |     v.                       )   CONDITIONS OF PRETRIAL RELEASE AND
                                  )   ORDER THEREON
14 | JILLWOOLEY,                   )
                                  )
15 |           Defendant.          )
                                  )   Judge: Honorable Dennis L. Beck
16 |_____)

17       On September 5, 2006, defendant Wolley was released on conditions of pretrial supervision, by

18 the honorable Dennis L. Beck, in the Eastern District of California. She appeared locally on an out of

19 district warrant and was directed to appear for future proceedings in the Western District of Wisconsin, in

20 case No. 06-CR-171-C. However, the parties have since determined that proceeding pursuant to Rule 20,

21 Fed.R.Crim.Pro, is appropriate and it is anticipated that this matter will be transferred to the Eastern

22 District of California in the near future.

23       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel,

24 Karen A. Escobar, Assistant United States Attorney, counsel for Plaintiff, and Eric V. Kersten, Assistant

25 Federal Defender, counsel for Defendant, that the conditions of pretrial release for defendant Jill Wooley ///

26 may be modified as follows:

27       1) You shall reside at and participate in a residential substance abuse treatment program as

28          approved by the Pretrial Services Officer

1  2) All the other conditions of release set by the court at the hearing on September 6, 2006, are to
2  remain in full force and effect.

3  DATED: October 4, 2006              MCGREGOR W. SCOTT
                                        United States Attorney
4

5                                       /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
6                                       Assistant United States Attorney
                                        Attorneys for Plaintiff
7

8

9  DATED: October 4, 2006              DANIEL J. BRODERICK
                                        Federal Public Defender
10

11                                      /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
12                                      Assistant Federal Defender
                                        Attorneys for Defendant
13                                      Jill Wolley

14

15

16

17                        **ORDER**

18

19       IT IS SO ORDERED.

20       Dated:  October 4, 2006          /s/ Dennis L. Beck
         3b142a                         UNITED STATES MAGISTRATE JUDGE
21

WOOLLEY, Jill   ADDITIONAL CONDITIONS OF RELEASE
06-0218M

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )   (6)   The defendant is placed in the custody of:

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN OR PROXY

(X)   (7)   The defendant shall:
- (X)   (a)   maintain or actively seek employment, and provide proof thereof to the PSO upon request.
- ( )   (b)   maintain or commence an educational program.
- (X)   (c)   abide by the following restrictions on his personal associations, place of abode, or travel:
  Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Northern District of California, and to the Western District of Wisconsin for court-related purposes only, unless otherwise approved in advance by PSO.
- (X)   (d)   avoid all contact with James Gallup, unless in the presence of counsel or otherwise approved in advance by the PSO;
- (X)   (e)   report on a regular basis to the following agency:
  Pretrial Services and comply with their rules and regulations.
- ( )   (f)   comply with the following curfew:
- ( )   (g)   refrain from possessing a firearm, destructive device, or other dangerous weapon.
- (X)   (h)   refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.*
- (X)   (i)   undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.
- (X)   (j)   execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $25,000 unsecured bond, signed by Debra Nielsen and George Hamilton;
- ( )   (k)   post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:
- ( )   (l)   execute a bail bond with solvent sureties in the amount of $
- ( )   (m)   return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment, schooling, or the following limited purpose(s):
- ( )   (n)   surrender any passport to the Clerk, United States District Court.
- ( )   (o)   obtain no passport during the pendency of this case.
- (X)   (p)   report in person to the Pretrial Services Agency on the first working day following your release from custody.
- (X)   (q)   submit to drug and/or alcohol testing as directed by PSO.
- (X)   (r)   report any prescriptions to PSO within 24 hours of receipt.
- ( )   (s)   participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the Pretrial Services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)